1  Craig P. Goetz
2  2032 N. 47th Pl
   Phoenix, AZ 85008
3  602-570-6701

4  *Plaintiff*



# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Craig P. Goetz,<br><br>                    Plaintiff<br><br>          vs.<br><br>Hameroff Law Group, P.C.;<br>David E. Hameroff, Esq.;<br>Eric J. Thomae, Esq.;<br>Garrett M. Culver, Esq.;<br><br>                    Defendants | **Civil Case No.: 2:12-cv-02672-MHB**<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO ALL DEFENDANTS** |

### NOTICE OF VOLUNTARY DISMISSAL AS TO ALL OF THE ABOVE NAMED DEFENDANTS

COMES NOW Craig P. Goetz, Plaintiff herein, to give this honorable Court NOTICE that pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i) that Plaintiff hereby dismisses this case against ALL of the above named Defendants. Plaintiff reached an amicable settlement agreement with all of the above named Defendants on May 30, 2013 for which reason Plaintiff hereby requests that an Order of Dismissal WITH PREJUDICE be entered in the above case pending before this honorable Court, with each party to bear their own costs and attorneys' fees.

Dated: May 31, 2013

Respectfully submitted,

*[signature]*

Craig P. Goetz